NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IP CO., LLC.,**
*Appellant*

**v.**

**EMERSON ELECTRIC CO.,**
*Appellee*

———————————

2017-1896

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01901.

———————————

**JUDGMENT**

———————————

GREGORY J. GONSALVES, The Gonsalves Law Firm, Falls Church, VA, argued for appellant. Also represented by THOMAS F. MEAGHER, Meagher Emanuel Laks Goldberg & Liao, LLP, Princeton, NJ.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellee. Also represented by JAMES RICHARD BATCHELDER, JAMES LAWRENCE DAVIS, JR., East Palo Alto, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 29, 2018        /s/ Peter R. Marksteiner
Date               Peter R. Marksteiner
                  Clerk of Court